## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LACIE R. WALLACE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     -vs- | )    Case No. CIV-11-896-D |
| | ) |
| MICHAEL J. ASTRUE | ) |
| Commissioner Social Security | ) |
| Administration, | ) |
| | ) |
|     Defendant. | ) |

## AGREED JUDGMENT AND ORDER OF REMAND

On examination of Defendant's Motion to Remand [Doc. No. 16] and review of the case file, the Court finds and decrees:

1. Judgment is entered reversing the Commissioner's decision and remanding this case for further administrative action pursuant to sentence four (4) of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

2. On remand, an Administrative Law Judge (ALJ) will hold a de novo hearing and issue a new decision. The ALJ will further evaluate Plaintiff's mental impairments, and, in so doing, address and evaluate the treating physician's opinion evidence. If needed, the ALJ will further consider Plaintiff's mental residual functional capacity, and, if warranted by the expanded record, obtain supplemental vocational expert evidence.

IT IS SO ORDERED, ADJUDGED AND DECREED this 10th day of April, 2012.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE